ANNA A. MILLER (D.C. Bar No. 252760)
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044
Telephone: (202) 514-6068
Fax: (202) 514-6866
Email: Anna.A.Miller@usdoj.gov
       Eastern.Taxcivil@usdoj.gov

*Attorney for the United States of America*

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| MORRIS OLAF CARLSON-WEE,<br><br>    Plaintiff,<br><br>v.<br><br>INTERNAL REVENUE SERVICE,<br><br>    Defendant. | Case No. 2:25-cv-05739-FLA-BFM<br><br>**OPPOSED MOTION<br>FOR EXTENSION OF TIME** |

Defendant Internal Revenue Service moves this Court for an extension of time to respond to Plaintiff's Complaint. Defendant requests an extension of two weeks, up to and including August 13, 2025. Plaintiff has indicated that he opposes this request.

Pursuant to Fed. R. Civ. P. 6(b), this Court has discretion to permit an extension of time for good cause. *Lujan v. Nat'l Wildlife Fed'n*, 497 U.S. 871, 896 (1990). Good cause exists in this case. Given the Service's current FOIA caseload and staffing shortages, the Service has been unable to gather all the documentation necessary to evaluate Plaintiff's claims by the current deadline. Accordingly, Defendant requests that the Court extend the deadline through August 13,

Opposed Motion for Extension of time
(Case No. 2:25-cv-05739-FLA-BFM)

1

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Eastern Region
P.O. Box 227
Washington, D.C. 20044
Telephone: 202-514-6866

2025.  This motion is not made for purposes of delay, but only to allow the United States the time it needs to prepare an appropriate response to the Complaint.

Dated: July 30, 2025                               Respectfully submitted,

By: /s/ *Anna A. Miller*
ANNA A. MILLER
D.C. Bar Number 252760
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044
Telephone: (202) 514-6068
Facsimile: (202) 514-6866
Anna.A.Miller@usdoj.gov

*Counsel for Defendant*

Opposed Motion for Extension of time
(Case No. 2:25-cv-05739-FLA-BFM)

2

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Eastern Region
P.O. Box 227
Washington, D.C. 20044
Telephone: 202-514-6866

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of July, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notice to all registered to receive it.

*/s/ Anna A. Miller*
ANNA A. MILLER
Trial Attorney
United States Department of Justice, Tax Division

Opposed Motion for Extension of time
(Case No. 2:25-cv-05739-FLA-BFM)

3

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Eastern Region
P.O. Box 227
Washington, D.C. 20044
Telephone: 202-514-6866